**Oscar C. Vulbrock, appellant, v. William E. Tharp, appellee.**

Action to recover purchase price paid for a tractor and plow on ground of breach of warranty.  Judgment for defendant.  Appeal from the Circuit Court of Washington county; the Hon. J. F. Gillham, Judge, presiding.  Heard in this court at the October term, 1924.  Affirmed.  Opinion filed February 9, 1925.

Noleman, Smith & Dallstream and H. H. House, for appellant. J. P. Carter and A. W. Tharp, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Fred Mann, appellee, v. Christina Mann, appellant.**

Action for divorce.  Decree for plaintiff.  Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding.  Heard in this court at the October term, 1924.  Affirmed.  Opinion filed February 9, 1925.

P. K. Johnson, for appellant.  Barthel, Farmer & Klingel, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**The People of the State of Illinois, appellee, v. Will Hatcher, appellant.**

Prosecution for violation of prohibition law.  Defendant found guilty.  Appeal from the County Court of Williamson county; the Hon. A. D. Morgan, Judge, presiding.  Heard in this court at the October term, 1924.  Reversed and remanded.  Opinion filed February 9, 1925.

J. L. Gallimore, for appellant.  D. L. Duty, State's Attorney, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Laura Smith, administratrix, etc., plaintiff in error, v. Chicago, Burlington & Quincy Railroad Company, defendant in error.**

Action to recover for wrongful death.  Judgment for defendant. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding.  Heard in this court at the October term, 1924. Affirmed.  Opinion filed February 9, 1925.

R. F. Tunnell, for plaintiff in error.  Warnock, Williamson & Burroughs, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

**George Schneider, appellee, v. Wabash Railroad Company, appellant.**

Action to recover for damage to plaintiff's truck and contents in collision with defendant's train.  Judgment for plaintiff.  Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding.  Heard in this court at the October term, 1924.  Affirmed.  Opinion filed February 9, 1925.

Warnock, Williams & Burroughs, for appellant.  Terry, Gueltig & Powell, for appellee.

Mr. Justice Boggs delivered the opinion of the court.